Samuel LANGFORD v. STATE of Arkansas

CR 92-795                                              860 S.W.2d 271

Supreme Court of Arkansas
Opinion delivered September 13, 1993

*Vandell Bland, Sr.*, for appellant.

No response.

PER CURIAM. Petitioner, Samuel Langford, by his attorney,

---

152

Vandell Bland, Sr., has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.